UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **CATHERINE FITCH,** | } |
| Plaintiff, | } |
| v. | } Case No.: 4:13-CV-01570-MHH |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA,** | } |
| Defendant. | } |

## ORDER

In this action, plaintiff Catherine Fitch asserts a number of equitable claims against defendant Unum Life Insurance Company of America related to Unum's denial of her claim for life insurance proceeds.  On August 12, 2014, the Court held a hearing on Unum's motion to dismiss (Doc. 14), Ms. Fitch's motion to amend (Doc. 17), and Unum's motion to strike (Doc. 22).

For the reasons stated on the record during the hearing,[1] the Court **GRANTS** Unum's motion to dismiss.  (Doc. 14).  Ms. Fitch's equitable claims are barred by the doctrine of collateral estoppel due to the Court's factual findings in its December 19, 2012 opinion in *Fitch v. Unum*, 4:11-cv-04246-VEH.  The Court **DISMISSES WITH PREJUDICE** Ms. Fitch's claims against Unum.

---

[1] A court reporter was present during the hearing, and a transcript is available upon request.

The Court **DENIES** as **MOOT** Ms. Fitch's motion to amend (Doc. 17) and Unum's motion to strike (Doc. 22).

The Court asks the Clerk to please close the file.

**DONE** and **ORDERED** this August 12, 2014.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE